UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AUTOMOTIVE TECHNOLOGY MARKETING,
INC., a Michigan corporation,

       Plaintiff,

v.                                    Case No.    06-13288

TECSTAR, L.P., an Indiana limited         Honorable Arthur J. Tarnow
partnership,

       Defendant.
_____/

**ORDER GRANTING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [14]**

Before the Court is Tecstar's motion for summary judgment. The motion came on for a hearing on June 3, 2008.

For the reasons stated on the record, the motion is GRANTED IN PART as to plaintiff ATM's Michigan Sales Representative Commission Act claim. But the motion is DENIED IN PART as to the contract claim.

      SO ORDERED.


                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                          United States District Judge

Dated: June 3, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 3, 2008, by electronic and/or ordinary mail.

                                          S/THERESA E. TAYLOR
                                          Case Manager